FILED

KRISTIN I. SCHENDL, PRO SE         2006 CHAPTER 11: 24

    VERSES                              05-11341 – 05-11345 AND

AAIPHARMA INC., et al.              05-11347 – 05-11350
REORGANIZED DEBTORS

<u>PETITION TO APPEAL</u>

    A PETITION TO APPEAL JUDGE CHRISTOPHER S. SONTCHI'S <u>ORDER</u> DATED AUGUST 10, 2006 DENYING THE MOTION TO PRODUCE ADDITIONAL EVIDENCE FILED BY THE PLAINTIFF ON AND THE SECOND ORDER GRANTING DEBTORS' FIFTH OMNIBUS SUBSTANTIVE OBJECTION TO CLAIMS AND ADMINISTRATIVE EXPENSES TO (A) DISALLOW AND EXPUNGE CLAIMS FOR WHICH THE DEBTORS HAVE NO LIABILITY AND (B) RECLASSIFY AND/OR EXPUNGE CERTAIN CLAIMS SIGNED BY JUDGE SONTCHI BUT DATED "August 10, 2006" WITH EXHIBIT A ATTACHED STATING "WILMINGTON, DELAWARE" CONSOLIDATED CASE NO. 05-11341.

    I AM APPEALING JUDGE SONTCHI'S 2 ORDERS LISTED ABOVE FOR THE FOLLOWING REASONS:

    1.) THE U.S. CONSTITUTION AMENDMENT 14 IS THE POWER OF AUTHORITY. SHOW AN ORDER FOR AFFIDAVIT <u>APPROVAL</u>!

    2.) THE GENERAL PROVISIONS FOR EVIDENCE ARE APPLIED BY CONSISTENT USE OF THE SAME RULES IN ALL COURTS. THE PLAINTIFF HAS PROVIDED COMPETENT, PREPONDERENCE OF EVIDENCE.

    3.) JUDGE SONTCHI WAS GIVEN COURT DOCUMENTS AS FACTUAL EVIDENCE CLEARLY PROVING THAT ON 06·14·2000 JUDGE DEMPSEY OF FULTON COUNTY SUPERIOR COURT WROTE THAT THE PLAINTIFF WAS TO OBTAIN AN <u>EMPLOYEE BENEFIT/MEDICAL HEALTH INSURANCE</u> THROUGH HER EMPLOYER! JUDGE SONTCHI HAS THIS <u>PRECEDENT ORDER</u>, WHICH IS ALSO INCORPORATED INTO THE 05·22·2001 FINAL JUDGMENT AND DECREE. ADDITIONALLY, UNUM NOR SSA CAN LEGALLY DEDUCT AN ILLEGAL <u>22,235.40</u>, A DEBT!

PAGE <u>1</u> OF <u>5</u>

PETITION TO APPEAL

PAGE 2 OF 5

4.) MY PROOF OF CLAIM WAS APPROPRIATELY FILED ON 08-19-2005. COURT DOCUMENTS SUPPORTING MY CLAIM HAVE BEEN SUBMITTED AS FACTUAL EVIDENCE.

4-A.) WHO TYPED EXHIBIT A? WAS IT AAI PHARMA OR THE DEFENSE ATTORNEY TEAM? THIS FORM IS INCORRECT!

4-B.) BANKRUPTCY SERVICES, LLC IN NEW YORK CITY STILL DOES NOT HAVE MY AMENDED PROOF OF CLAIM DATED 08-18-2005 / 07-27-2006 FOR THE AMOUNT OF 112,429.25 ✓ IN THEIR COMPUTER SYSTEM OR ON FILE! THE PROOF OF CLAIM FILING ERROR IS THEIRS!!

5.) THE AAI DEFENSE TEAM SHOULD NOT BE WRITING EXHIBITS (DEFENSE) OR MISLEADING U.S. COURTROOM AGENDA OF MATTERS! EXAMPLE: KAREN MCKINLEY'S 08-08-2006 AGENDA OF MATTERS.

6.) MY AFFIDAVIT DATED 05-30-2006 ✓ SUPPORTS MY AMENDED, UPDATED PROOF OF CLAIM DATED 07-29-2006! THE CERTIFICATE OF SERVICE IS DATED KIS 08-18-06  07-29-2006 FOR THE AMENDED PROOF OF CLAIM.

6-A.) MY CERTIFICATE OF SERVICE DATED 07-29-2006 DOCUMENTS THAT BANKRUPTCY SERVICES, LLC., MARK COLLINS, ARIK PREIS, AND THE CLERKS OFFICE U.S. BANKRUPTCY COURT, WILMINGTON, DELAWARE WERE ALL SENT THE NUMBERED, 15 ✓ PAGE MOTION TO DISPUTE MR. KEITH  KASBERG'S JULY 21, 2006 OMNIBUS OBJECTION (AND) A ONE ✓ PAGE PROOF OF CLAIM THAT WAS AMENDED! THESE ARE 2 SEPARATE DOCUMENTS!!

6-B.) JUDGE SONTCHI ALLOWED MARK COLLINS AND ARIK DEFENSE PREIS, THE THE DEFENDANTS LEGAL TEAM IN A CHAPTER 11 BANKRUPTCY SERVICE TO TYPE ON 08-08-06 ✓ A NOTICE OF AGENDA OF MATTERS KIS 08-18-06 SCHEDULED FOR HEARING ON AUGUST 10, 2006 AT 10:30 A.M..

6-C.) THE DEFENSE OMITTED FACTUAL CIVIL DOCKET FILING DATES FROM THE WILMINGTON, DELAWARE U.S. BANKRUPTCY COURT'S CLERK'S OFFICE AND WORSE FALSIFIED THE AMENDED PROOF OF CLAIM ORIGINALLY RECLASSIFIED ON 05-30-2006 BY MORT BRANZBURG, DEFENSE WITHOUT

PETITION TO APPEAL

PAGE 3 OF 5

THE AMENDED PROOF OF CLAIM BUT DONE BY THE DEFENSE BY RECLASSIFICATION AND RESCHEDULING. I FILED THE AMENDED PROOF OF CLAIM.

7.) WHY DOES THE DEFENSE WRITE THE JUDGE'S AGENDA OF MATTERS WHEN THE JUDGE'S STAFF SHOULD DO SO? IS THIS FAIR?

THIS IS INJUSTICE AND UNFAIR LEGAL PROCEDURE, IN MY OPINION!

7-A.) MY CERTIFICATES OF SERVICE ARE FACTUAL EVIDENCE PROVING PAGE 5 OF THE 08.08.06 NOTICE OF AGENDA OF MATTERS INCOMPLETE, MISLEADING, THUS PLACING THE PLAINTIFF AT AN UNFAIR ADVANTAGE. WHY ONLY ONE ORDER OF DENIAL AGAINST THE PLAINTIFF?

8.) IS THE DEFENSE ALLOWED UNTIL 08.08.2006 TO PRESENT NOT ONLY THE DEFENSES AGENDA OF MATTERS FOR A JUDICIAL 08.10.2006 HEARING BUT AN INCOMPLETE AGENDA BUT FOR THE PLAINTIFF AS WELL?

9.) IT IS ONLY FAIR FOR THE JUDGE OR THE JUDGE'S LAW CLERK TO WRITE A CORRECT JUDICIAL CALENDAR WITH A CORRECT AGENDA OF MATTERS THAT DIRECTLY MATCHES AND CORRESPONDS WITH A CIVIL DOCKET LEGAL FILING SYSTEM AT THE UNITED STATES BANKRUPTCY COURT AND EACH LITIGANTS CERTIFICATE OF SERVICES.

10.) DOES JUDGE SONTCHI'S LEGAL ASSISTANT HAVE A U.S. JOB DESCRIPTION TO ASSIST THE JUDGE IN OBTAINING COMPLETE, ACCURATE LEGAL REVIEWS? CAN MARGARET STANSBURY TYPE A FAIR AGENDA?

11.) JUDGE SONTCHI HAS FAILED FROM 08.19.2005 FORWARD TO ISSUE A JUDICIAL SUBPOENA FOR 2 PRIMARY AND FAMILY SSA, MONTHLY AAI CONTRACTUAL INSURANCE POLICY OF UNUM LIFE INSURANCE OF AMERICA PAYMENTS ILLEGALLY APPLIED FOR AND OBTAINED IN MY NAME, WITHOUT MY CONSENT, TOTALLY AN ILLEGALLY COLLECTABLE INSURANCE DEBT OF OVER 22,235.40. TAX FRAUD HAS OCCURRED.

OBTAIN COPIES OF THE CHECKS AND 1099 TAX FORMS!!!!!!!!

<u>PETITION TO APPEAL</u>

PAGE <u>4</u> OF <u>5</u>

- JUDGE SONTCHI HAS BEEN GIVEN EVIDENCE, THAT THIS EMPLOYEE BENEFIT ILLEGALLY **PAID** FROM 07·01·2001 MONTHLY UNTIL 04·27·2002, IS LEGALLY DECLARED AN ILLEGAL BENEFIT FOR PAUL L. SCHENDL IN JUDGE DEMPSEY'S 06·14·2000 ORDER.

- JUDGE SONTCHI KNOWS 2 1099'S SHOULD BE FILED IN 2001 AND 2002! SEE FEDERAL TAX INFORMED CONSENT LAWS.

- JUDGE SONTCHI HAS RECEIVED EVIDENCE PROVING THAT UNUM, AAI, AND SSA HAVE BEEN **NEGLIGENT**✶ AND <u>REFUSED</u> TO RELEASE COPIES OF THE TWO (2) ILLEGAL UNUM DEDUCTABLE SSA BENEFITS PAID IN MY NAME TO SOMEONE ELSE. WHY? INSURANCE FELONY PENALTIES!

- JUDGE SONTCHI KNOWS U.S. TAX LAWS HAVE BEEN **BROKEN**, FOR 2001 AND 2002. AAIPHARMA IS ACCOUNTABLE FOR <u>INSURANCE</u> POLICY FRAUD AND ENSURING PROPER THIRD PARTY SICK PAY TAX LAWS ARE ACCURATE WITH UNUM, AAI/IMTRA AND SSA INSURANCE DEDUCTIONS.

- UNUM AND SSA HAVE **NOT** PROVIDED THE ACTUAL CHECKS ✶✶✶✶ FROM 07·01·2001 TO 04·27·2002 DESPITE REQUESTS IN WRITING BY MY ATTORNEY, MS. BARBARA CALL, TO PROVE <u>INSURANCE</u> FRAUD. 2001 AND 2002 PRIMARY AND FAMILY SSA <u>1099</u> FORMS HAVE NOT BEEN PRODUCED EITHER. WHY? EMPLOYEE BENEFIT + U.S. TAX FRAUD.



- I ASK THAT THE U.S. BANKRUPTCY COURT **SUBPOENA** THIS INFORMATION <u>IMMEDIATELY</u> DUE TO A FAILURE TO RESPOND TO 2 ATTORNEY LETTERS TO SSA AND TELEPHONE CALLS TO UNUM AND SSA. UNUM REPORTED THESE <u>ILLEGAL</u> PAYMENTS ON **08·14·2002**!

- JUDGE SONTCHI IS REMINDED OF THE STATUTE OF LIMITATIONS FOR THIS COMPLICATED CASE. SSA HAS TRIED TO FALSELY PRESENT THE PRIMARY AND FAMILY SSA BENEFITS AS LATER PAID INDIVIDUAL AND CHILD PAYMENTS!

PETITION TO APPEAL

TYPED                                                           PAGE 5 OF 5

12.) WHY IS [NOT DOCKETED] ON KAREN McKINLEY'S 08·08·2006 (KDS 08·18·06) [DEFENSE ATTORNEY] AGENDA OF MATTERS FOR A JUDICIAL HEARING ON 08·10·2006 WHICH FALSELY OMITS CRITICAL FILING DATES AND OMITS ALL LEGAL CERTIFICATES OF SERVICE OR RULE 5.2 FORMS?

13.) JUDGE SONTCHI HAS RECEIVED EVIDENCE OF INCORRECT PROPERTY DISCLOSURE IN A 05·22·2001 FINAL JUDGMENT AND DECREE SIGNED BY JUDGE TUSAN BUT ACTUALLY PREWRITTEN BY AN ATTORNEY, MS. ELYSE AUSSENBERG, ON OR BEFORE 04·23·2001.

NOW — THE U.S. BANKRUPTCY COURT IS MAKING SIMILAR LEGAL ERRORS! LIFE, LIFE INSURANCE, LIBERTY AND PROPERTY VIOLATIONS ARE CONTINUOUS.

14.) ADDITIONALLY, I AM PRESENTING LEGAL EVIDENCE THAT THE FULTON COUNTY SUPERIOR COURT CIVIL DOCKET PROVES THAT AFTER THE UNUM → SSA → AAI EMPLOYEE BENEFIT FRAUD FROM 07·01·2001 TO 04·27·2002, JUDGE JOHN GOGER CHANGED MY CHILDS CUSTODY IN A CONTEMPT HEARING ON 09·23·2002 WITHOUT (KDS 08·18·06) ANY EVIDENCE AND WITH A 10-01-2002 ORDER FILING DATE FOR A 10-04-2002 FOUR SIGNED ORDER, WRITTEN BY A DEFENSE ATTORNEY, MR. JONATHAN LEVINE WITH A CIVIL FILING DATE OF 10-08-2002 EIGHT!! THIS IS ABSURD.

15.) AAI'S ATTORNEY FAILED TO ISSUE SUBPOENA FOR CHECKS TO PROVE EMPLOYEE BENEFIT FRAUD AND U.S. TAX FRAUD. EVIDENCE WAS PRODUCED TO PROVE SUCH. NOTICE IN JULY 2006, AAI ATTORNEYS ATTACH THE 05·30·06 AFFIDAVIT RATHER THAN UPDATED FILINGS.

16.) I REQUEST A PRODUCTION OF ILLEGAL BENEFIT CHECKS AND FULL PAYMENT OF MY AMENDED CLAIM WITH DAMAGES.

SIGNED Kristin Schendl        DATE AUGUST 18, 2006

P.O. BOX 53277
ATLANTA, GA 30355
(404) 210·6935

FILED

2006 AUG 21  AM 10:24

U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

KRISTIN J SCHENDL

vs.

AAI PHARMA INC., et al.

CHAPTER 11

05-11341 — 05-11345
05-11347 — 05-11350

### DECLARATION OF APPEAL EVIDENCE

PROOF OF F. CO. INCORRECT FILINGS:

1. CIVIL DOCKET DATED 05-02-2003 WITH JUDGE JOHN GOGER'S INCORRECT 10-01-2002 ORDER DATE.

2. ORDER WITH DR. KING FOR 09-23-2002.

3. GOGER'S 10-04-2002 ORDER WRITTEN BY LEVINE AND FILED 10-08-2002. 7 PGS  * NO DATE BY LEVINE

WHERE IS KAHN'S SUBPOENA? MISSING?

Kristin J Schendl     08-18-2006

P.O. BOX 53277

ATLANTA, GA 30355

404-210-6935

# Civil Docket

**Fulton County Superior Court**
Juanita Hicks, Clerk

Case No. 2000CV22133
Fulton County

May 2nd, 2003
1:34pm

KRISTIN ISBELL SCHENDL vs. PAUL LAWRENCE SCHENDL

Filed : 04/17/2000
Status: Disposed
Type: DIVORCE WITH CHILDREN

Judge
JOHN J. GOGER

Court Reporter
? Gencan Womble

Johnathan Levine
Rebecca Olsen

| Date | | Volume | Page |
|---|---|---|---|

RESPONDANT NAME
    SCHENDL, PAUL LAWRENCE

ATTORNEY NAME
    Aussenberg, Elyse L
    Azar, Dana A.

PETITIONER NAME
    SCHENDL, KRISTIN ISBELL

ATTORNEY NAME
    Armstrong, Rosemary

10/30/01  Global Disposition: FINAL JUDGMENT & DECREE

05/12/03  DOMESTIC RELATIONS RULE NISI
          "Modification of visitation"
03/25/03  RULE NISI (E82)
          MJT - RULE NISI ORDER FOR BOTH PARTIES TO APPEAR BEFORE THE
          HONORABLE JUDGE GOGER ON MAY 12, 2003 IN COURTROOM 4B @ 10:00
          A.M.
10/01/02  ORDER (E81)
          MRS-ORDER ON MOTION FOR CONTEMPT, RESP COUNTERCLAIM FOR
          MODIFICATION OF VISITATION & RESP MOTION FOR PSYCHIATRIC
          EVALUATION OF PETITIONER
09/27/02  AFFIDAVIT (E79)

Page 1

IN THE SUPERIOR COURT OF FULTON COUNTY
STATE OF GEORGIA
FAMILY DIVISION

| | | |
|---|---|---|
| KRISTIN ISBELL SCHENDL, | ) | |
| | ) | |
| Petitioner, | ) | CIVIL ACTION FILE |
| | ) | |
| v. | ) | NO. 2000CV22133 |
| | ) | |
| PAUL LAWRENCE SCHENDL, | ) | |
| | ) | |
| Respondent. | ) | |

### ORDER ON MOTION FOR CONTEMPT, RESPONDENT'S COUNTERCLAIM FOR MODIFICATION OF VISITATION AND RESPONDENT'S MOTION FOR PSYCHIATRIC/PSYCHOLOGICAL EVALUATION OF PETITIONER

Petitioner having filed a Motion for Contempt, and Respondent having properly filed an Answer and Counterclaim for Modification of Visitation, Motion for Psychiatric/Psychological Evaluation of Petitioner and Motion for Declaratory Judgment, and after hearing testimony and argument, having a hearing on all issues on September 23, 2002, and both parties being present, and for good cause shown, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

1.

Respondent shall not be found in contempt of Court and Petition for Citation of Contempt is therefore denied.

2.

[handwritten: Changed to Fulton Co. / Rubin on 10·04·02]

Dr. Elizabeth King, (404) 352-4348, Peachtree Psychological Associates, 2045 Peachtree Road, Suite 150, Atlanta, GA 30309 shall conduct a full and complete psychological evaluation of Kristin Isbell Schendl.

[handwritten: Did this further delay proceedings?]

3.

Kristin Isbell Schendl shall contact Dr. Elizabeth King at (404) 224-0505, within seven (7)

IN THE SUPERIOR COURT OF FULTON COUNTY
STATE OF GEORGIA
FAMILY DIVISION

FILED IN OFFICE
OCT 0 8 2002
DEPUTY CLERK SUPERIOR COURT
FULTON COUNTY, GA

KRISTIN ISBELL SCHENDL,  )
   Petitioner,  )
                    )  CIVIL ACTION FILE
v.                     )
                    )  NO. 2000CV22133
PAUL LAWRENCE SCHENDL,  )
   Respondent.  )

**ORDER ON MOTION FOR CONTEMPT, RESPONDENT'S COUNTERCLAIM FOR MODIFICATION OF VISITATION AND RESPONDENT'S MOTION FOR PSYCHIATRIC/PSYCHOLOGICAL EVALUATION OF PETITIONER**

*[Handwritten annotations:* "no custody ruling mentioned why?"; "Does not fully identify proceedings"; "missing a"*]*

**DR. RUBIN?**

else the (parties) may mutually agree upon, shall coordinate and supervise these visitations, until further Order of the Court.

→ directly contradicts what Judge ordered + the 05·12·03 order Why?

So Ordered this ___ of _____, 2002.

JOHN J. GOGER
Judge, Superior Court of Fulton County
Atlanta Judicial Circuit

Prepared and presented by:

LEVINE & SMITH, LLC

_____
JONATHAN R. LEVINE
Attorney for Respondent
Georgia Bar No. 448630
One Securities Centre
3490 Piedmont Road, N.E.
Suite 1150
Atlanta, Georgia 30305
(404) 237-5700

— Mr. Schendl's attorney

NO DATE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| AAIPHARMA INC., *et al.*, | Case Nos. 05-11341 through 05-11345 and 05-11347 through 05-11350 (CSS) |
| Reorganized Debtors. | Jointly Administered |
| | Re: Docket No. 991 |

**ORDER GRANTING DEBTORS' FIFTH OMNIBUS SUBSTANTIVE OBJECTION TO CLAIMS AND ADMINISTRATIVE EXPENSES TO (A) DISALLOW AND EXPUNGE CLAIMS FOR WHICH THE DEBTORS HAVE NO LIABILITY AND (B) RECLASSIFY AND/OR EXPUNGE CERTAIN CLAIMS**

Upon this fifth omnibus substantive objection to claims of AAIPharma Inc. ("AAIPharma") and its affiliated reorganized debtors (collectively, the "Debtors"),[1] for entry of an order (a) disallowing and expunging certain claims and administrative expenses for which the Debtors have no liability and (b) reclassifying and/or expunging certain claims (the "Objection"); and it appearing that this Court has jurisdiction over the Objection pursuant to 28 U.S.C. § 1334; and it appearing that the relief requested in the Objection is essential to the continued operation of the Debtors' businesses and is in the best interests of the Debtors, their estates, their creditors and their employees; and notice of the Objection having been given as provided in the Objection; and it appearing that no other or further notice of the Objection need be given; and a hearing on the Objection having been held before the Court; and any objections to the Objection having been overruled or withdrawn; and after due deliberation and good and sufficient cause appearing therefore; it is hereby

---

[1] The Debtors are the following entities: AAIPharma, Applied Analytical Industries Learning Center, Inc., AAI Properties, Inc., AAI Technologies, Inc., AAI Japan, Inc., aaiPharma LLC, AAI Development Services, Inc. (Delaware), AAI Development Services, Inc. (Massachusetts) and Kansas City Analytical Services, Inc.

RLF1-3046287-1

ORDERED that the Objection is GRANTED in its entirety; and it is further

ORDERED that all of the Claims[2] and Administrative Expenses listed on Exhibits "A" and "B" annexed hereto are hereby disallowed and expunged, all of the Claims listed on Exhibit "C" annexed hereto are hereby reclassified as set forth in Exhibit "C", and all of the Claims listed on Exhibit "D" annexed hereto are hereby reclassified as equity interests and expunged; provided, however, that nothing contained in this Order shall cause any Claim to be deemed an Allowed Unsecured non-priority Claim and the Plan Administrator reserves all rights to object to the allowance of any Unsecured non-priority Claim listed on Exhibit "C".

Dated:   August 10, 2006
         Wilmington, Delaware

                                    _____
                                    THE HONORABLE CHRISTOPHER S. SONTCHI
                                    UNITED STATES BANKRUPTCY JUDGE

---

[2] Capitalized terms not defined herein shall have the meaning ascribed to them in the Objection.

RLF1-3046287-1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| AAIPHARMA INC., et al. | ) | Case Nos. 05-11341 through |
| | ) | 05-11345 and 05-11347 through |
| Reorganized Debtors. | ) | 05-11350 (CSS) |
| | ) | |
| | ) | Jointly Administered |
| | ) | |
| | ) | Docket No. 1021 |

**ORDER**

Upon Consideration of the Motion to Produce Additional Evidence/Relief, it is hereby;

ORDERED, that the Motion is DENIED for the reasons set forth at the hearing on the Motion on August 10, 2006 at 10:30 a.m.

_____
Christopher S. Sontchi, Judge
United States Bankruptcy Court

Dated: August 10, 2006
cc: Mark D. Collins, Esquire[1]

---

[1] Counsel is to distribute a copy of this Order on all interested parties and file a Certificate of Service with the Court.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

## APPEAL TRANSMITTAL SHEET

Case Number: __05-11341__    ⦿ BK    ○ AP
If AP, related BK Case Number: _____

Title of Order Appealed:
__Two Orders Appealed - See attached Transmittal Sheet__
Docket Number: _____    Date Entered: _____

Item Transmitted:    ⦿ Notice of Appeal          ○ Motion for Leave to Appeal
                     ○ Amended Notice of Appeal  ○ Cross Appeal
                     Docket Number: __1040__    Date Filed: __8/21/2006__

*Appellant/Cross Appellant:                *Appellee/Cross Appellee

Counsel for Appellant:                     Counsel for Appellee:
__Kristin I. Schendl, Pro Se__             __Karen McKinley, Esq.__

*If additional room is needed, please attach a separate sheet.

Filing Fee paid?   ○ Yes   ⦿ No

IFP Motion Filed by Appellant?   ⦿ Yes   ○ No

Have Additional Appeals to the Same Order been Filed?   ○ Yes   ⦿ No
   If so, has District Court assigned a Civil Action Number?   ○ Yes  ○ No   Civil Action # _____

Additional Notes:
__No Designation of Records Filed.    "No filing fees paid."__

__9/21/2006__                              By: __Judy Fisher__
Date                                           Deputy Clerk

                                           FOR USE BY U.S. BANKRUPTCY COURT
Bankruptcy Court Appeal (BAP) Number: __BAP-06-054__
7/6/06

/051

-2-

## Appeal Transmittal Sheet
## Additional Information

**Title of Order Appealed:**

Order Granting Debtors' Fifth Omnibus Substantive Objection to Claims and Administrative Expenses to (A) Disallow and Expunge Claims for which the Debtor's have no Liability and (B) Reclassify and/or Expunge Certain Claims.

      Docket No: <u>1035</u>            Date Entered: <u>8/10/2006</u>

Order Denying Motion to Produce Additional Evidence/Relief.

      Docket No: 1034            Date Entered: 8/10/2006

**Appellant:** Forma Pauperis Granted ~See Order docket #1046

    Kristin I. Schendl
    P.O. Box 53277
    Atlanta, GA 30355
    404-210-6935

**Appellee:**

    Karen McKinley, Esq.
    Mark D. Collins, Esq.
    Jason M. Madron, Esq.
    Richards, Layton & Finger, P.A.
    One Rodney Square
    P.O. Box 551
    Wilmington, DE 19899
    (302) 651-7531
    Fax: (302)-651-7701
    Email: mckinley@rlf.com
           Collins@rlf.com
           Madron@rlf.com

    Rebecca L. Booth, Esq.
    Morgan Lewis & Bockius
    1701 Market Street
    Philadelphia, PA 19103
    (215)-963-5690
    Fax: (877-432-9652
    Email: rbooth@morganlewis.com