IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**DOCKET ITEM #** 2

IN RE: aaiPharma Inc. et al

| | | |
|---|---|---|
| Kristin I. Schendl, | ) | |
| | ) | |
| | ) | |
| Appellant | ) | Civil Action No.   06-586 |
| v. | ) | |
| | ) | |
| aaiPharma Inc., | ) | |
| | ) | |
| Appellee | ) | Bankruptcy Case No.  05-11341 |
| | | AP 06-54 |

**NOTICE OF DOCKETING**

A Notice of Appeal of the following order of the Bankruptcy Court dated 8/10/06 was docketed in the District Court on 9/21/06:

> Order Granting Debtors' Fifth Omnibus Substantive Objection
> to Claims and Administrative Expenses to (A) Disallow and
> Expunge Claims for Which the Debtors have No Liability
> and (B) Reclassify and/pr Expunge Certain Claims
>
> Order Denying Motion to Produce Additional Evidence/Relief

In accordance with the Standing Order of the Court dated July 23, 2004, this case shall be referred to the Appellate Mediation Panel, and briefing will be deferred.

Documents prepared for mediation shall be submitted directly to the mediator and should not be filed with the Clerk's Office.  Any attorneys of record who are not members of the Bar of this Court shall associate with local counsel in accordance with District of Delaware Local Rule 83.5.

    Peter T. Dalleo
    Clerk of Court

Date: 9/22/06
To:    U.S. Bankruptcy Court
       Counsel