```
                                          RECEIVED / FILED
                                            OCT 03 2006
                                          U.S. BANKRUPTCY COURT
                                          DISTRICT OF DELAWARE
```

IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE, COURT OF APPEALS

KRISTIN I. SCHENDL, PRO SE                    CHAPTER 11
     VERSES                                   CASE NO: 55-11341-CSS
AAIPHARMA INC., et al.                        CASE NOS. 05-11341 THROUGH
REORGANIZED DEBTORS                           05-11345 AND 05-11347 THROUGH
                                              05-11350

PETITION FOR TRANSFER OF ALL LEGAL DOCUMENTS
AND EVIDENCE FROM THE UNITED STATES BANKRUPTCY COURT,
DISTRICT OF DELAWARE, TO THE APPROPRIATE U.S. COURT OF
APPEALS, DISTRICT OF DELAWARE

1.) ON AUGUST 31, 2006 JUDGE CHRISTOPHER S. SONTCHI ORDERED THAT KRISTIN SCHENDL'S PAUPER'S AFFIDAVIT SHOULD BE TREATED AS A MOTION TO PROCEED IN FORMA PAUPERIS AND THAT THE MOTION WAS GRANTED UNDER 28 U.S.C., 1930 (f)(3). JUDGE SONTCHI SIGNED THE ORDER AND ORDERED COUNSEL TO DISTRIBUTE A COPY OF THE ORDER "...~~ON ALL IN~~ "..." on all interested parties ...".
KIS 09.27.06

2.) IN ACCORDANCE WITH THE PAUPER'S AFFIDAVIT, I AM REQUESTING THAT ALL OF THE PLAINTIFF'S LEGAL DOCUMENTS BE TRANSFERED TO THE APPROPRIATE JUDGE AND CLERK ASSIGNED TO THIS CASE AT THE UNITED STATES BANKRUPTCY COURT, COURT OF APPEALS.

3.) THE COURT OF APPEALS WAS ALSO SENT, ALONG WITH JUDGE SONTCHI'S BANKRUPTCY COURT CLERK'S OFFICE, AN APPEAL NOTICE OF EVIDENCE (4 PGS.) WITH THE PAUPER'S AFFIDAVIT, WHICH HE OMITTED MENTION OF IN HIS 08.31.2006 ORDER. THE PAUPER'S AFFIDAVIT WAS/IS (3) THREE PAGES.

4.) AAIPHARMA HAS CONTINUOUSLY MISREPRESENTED THE PLAINTIFF'S LEGAL FILINGS IN DEFENSE ATTORNEY DOCUMENTS FILED BEFORE JUDGE SONTCHI'S COURT, INCLUDING THE AGENDA OF MATTERS FOR THE AUGUST 10, 2006 JUDICIAL HEARING WHICH FAILED TO LIST UPDATED EVIDENCE FILED BY THE PLAINTIFF AS WELL AS THE PLAINTIFF'S UPDATED PROOF OF CLAIM AGAINST AAIPHARMA INC., et al!

5.) IN A UNITED STATES BANKRUPTCY COURT A JUDGE MUST NOT SHOW BIAS AGAINST EITHER LEGAL PARTY AND HAS MADE LEGALLY UNRIGHTEOUS DECISION IN MY CASE AGAINST AAIPHARMA! NOT ONCE, DID THE JUDGE ACKNOWLEDGE ALL EVIDENCE FILED BY THE PLAINTIFF OR THE UPDATED PROOF OF CLAIM DATED 07.27.2006 !!!!! TOTAL OF CLAIM = 112,424.25.
ON 08.29.2006, JUDGE SONTCHI'S UNITED STATES BANKRUPTCY COURT,

DISTRICT OF DELAWARE'S CLERK'S OFFICE WAS REQUESTED IN THE PAUPER'S AFFIDAVIT, WHICH HIS 08·31·2006 ORDER APPROVED, A TRANSFER OF ALL LEGAL DOCUMENTS AND THE UPDATED PROOF OF CLAIM TO THE CLERKS OFFICE AT THE COURT OF APPEALS! HAS THIS BEEN DONE?

ADDITIONALLY HIS ORDER APPROVED FOR IMMEDIATE SUBPOENA BY JUDGE SONTCHI OF ACTUAL CHECKS MENTIONED IN UNUM EMPLOYEE'S 09-21-06 KBS, MR. RON TIRRELL'S 08·14·2002 LETTER. MR. TIRRELL QUOTED **PRIMARY** AND **FAMILY** BENEFIT SOCIAL SECURITY PAYMENTS ISSUED FROM 07·01·2001 TO 04·27·2002, RESULTING IN AN INSURANCE DEBT OF 22,235.40 ! **TO THE BEST OF MY KNOWLEDGE**, THE ATLANTA DOWNTOWN SSA OFFICE FALSIFIED THIS COMPUTERIZED DOCUMENT SENT TO UNUM. I HAVE REQUESTED A FULL INVESTIGATION OF SSA, INCLUDING MR. BURKE / DISTRICT MANAGER, AS I ONLY RECEIVED A 12,101.00 SSA INDIVIDUAL AWARD! MR. BURKE HAS **NO** POWER OF ATTORNEY!

PLEASE ENSURE THIS SUBPOENA HAS BEEN ISSUED IN ACCORDANCE WITH JUDGE SONTCHI'S 08·31·2006 COURT ORDER!

6.) DID JUDGE SONTCHI REVIEW THE TAX FORMS AS EVIDENCE BEFORE HIS COURT SHOWING TAXATION ERROR AND EMPLOYEE BENEFIT FRAUD?

7.) DID JUDGE SONTCHI ISSUE AN ORDER FOR THE DEFENSE ATTORNEYS TO CORRECT THEIR INCORRECT CHRONOLOGICAL AGENDA OF MATTERS USED TO FALSELY DISMISS SOME OF THE PLAINTIFF'S LEGAL FILINGS TO ISSUE AN INCORRECT TRANSFER TO THE COURT OF APPEALS? KBS 09·28·06 09·28·06 KBS **OR** HAS A DEFENSE BANKRUPTCY TEAM CONTROLLED THE COURTROOM IN A LEGALLY UNFAIR, ~~PROFESSIONAL~~ UNPROFESSIONAL, CORRUPT, UNCONSTITUTIONAL MANNER? ON 08·07·2006 THE PLAINTIFF'S SECOND PETITION TO DISPUTE WITH EVIDENCE WAS SENT VIA UPS TO THE U.S. BANKRUPTCY COURT AND MARK COLLINS AT RICHARDS, LAYTON, AND FINGER WAS FAXED THIS DOCUMENT. IMPORTANTLY, CONTENTS INCLUDED 4 CHARTS AND 2 ADDITIONAL PAGES OF EVIDENCE. AAI PHARMA ALSO MISREPRESENTED MY LEGAL RIGHTS AND DOCUMENTS IN THE DECLARATION OF KEITH KASBERG IN SUPPORT OF DEBTORS' FIFTH OMNIBUS SUBSTANTIVE OBJECTION TO CLAIMS AND ADMINISTRATIVE EXPENSES TO (A) DISALLOW AND EXPUNGE CLAIMS FOR WHICH THE DEBTORS HAVE NO LIABILITY AND (B) RECLASSIFY AND/OR EXPUNGE CERTAIN CLAIMS. AAI PHARMA HAS LEGALLY INCORRECTLY DENIED THE PLAINTIFF RIGHTS LEADING TO AN INCORRECT COURT TRANSFER IN HOPES OF A LOSS OF EVIDENCE AGAINST THEM.

8.) I REQUEST MY U.S. CONSTITUTIONAL RIGHTS TO A JUDGE HEARING OR JUDGES

PAGE 3 OF 3

MY COMPLICATED CASE. THIS IS A CONSTITUTIONAL RIGHT. I ASK THAT YOU REVIEW VOTING RIGHTS AND ACKNOWLEDGE THAT AAIPHARMA DOES NOT VOTE FOR OR REPRESENT ME. [KJS 09.27.06]   UPDATE MY RECLASSIFICATION CLAIM [KJS 09.28.06]

9.) AGAIN, ENSURE THAT YOU AND BANKRUPTCY SERVICES, LLC WHO ORIGINALLY, THEY [KJS 09.28.06] DID NOT RECLASSIFY MY UPDATED PROOF OF CLAIM DESPITE TELEPHONE CALLS AND CERTIFICATE OF SERVICE DATED 07.29.2006 AND MY AFFIDAVIT DATED 05.30.2006 AND MORT BRANZBURG'S RECLASSIFICATION! ENSURE THE U.S. BANKRUPTCY COURT, WILMINGTON CLERK'S OFFICE, HAS PROPERLY UPDATED THE CIVIL DOCKET, INCLUDING ALL CERTIFICATES OF SERVICE! NOT ONLY HAS AAIPHARMA MISREPRESENTED DOCUMENTS BUT SO HAS BANKRUPTCY SERVICES, LLC! AGAIN, THIS MAY CONSTITUTE LEGAL TAMPERING! THIS IS UNFAIR, BIAS, AND UNETHICAL.

10.) LASTLY, I LOOK FORWARD TO A LEGALLY FAIR REVIEW, BY JUDGES.

_Kristin J. Schendel_    09.28.2006
                         DATE

P.O. BOX 53277
ATLANTA, GEORGIA 30355
404.210.6935

RECEIVED / FILED
OCT 03 2006
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

IN THE UNITED STATES BANKRUPTCY COURT
COURT OF APPEALS

KRISTIN J SCHENDL, PRO SE                         CHAPTER 11
    VERSES                                       CASE NOS. 05-11341 — 05-11345,
AAIPHARMA INC., et al.                            05-11347 — 05-11350
REORGANIZED DEBTORS

CERTIFICATE OF SERVICE

ON 09.28.2006 VIA UNITED STATES CERTIFIED MAIL A PETITION FOR TRANSFER OF ALL LEGAL DOCUMENTS AND EVIDENCE FROM THE UNITED STATES BANKRUPTCY COURT, DISTRICT OF DELAWARE, TO THE APPROPRIATE U.S. COURT OF APPEALS, DISTRICT OF DELAWARE, WILL BE SENT TO U.S. TRUSTEE 844 KING STREET ROOM 2207 LOCKBOX 35 WILMINGTON, DELAWARE, 19899. ADDITIONALLY, MARK COLLINS AT RICHARDS, LAYTON, AND FINGER, ONE RODNEY SQUARE, P.O. BOX 551 WILMINGTON DELAWARE 19899, FAX 302.651.7701 WILL BE FAXED AND MAILED A COPY, FIRST CLASS U.S. MAIL. JUDGE C. SONTCHI, UNITED STATES BANKRUPTCY COURT, DISTRICT OF DELAWARE, 5TH FLOOR, 824 NORTH MARKET STREET, WILMINGTON, DELAWARE 19801, 302.252.2888, WILL ALSO BE SENT A CERTIFIED COPY ON 09.29.2006.

Kristin J Schendl                    09.28.2006
P.O. BOX 53277                        DATE
ATLANTA, GEORGIA 30355
404.210.6935

RECEIVED / FILED
OCT 03 2006
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

**APPEAL TRANSMITTAL SHEET**

Case Number: __05-11341__ ⬤ BK  ○ AP
If AP, related BK Case Number: _____

Title of Order Appealed:
_____

Docket Number: _____    Date Entered: _____

Item Transmitted:  ○ Notice of Appeal         ○ Motion for Leave to Appeal
                   ○ Amended Notice of Appeal  ○ Cross Appeal
                   Docket Number: __1056__     Date Filed: __10/3/2006__

*Appellant/Cross Appellant:              *Appellee/Cross Appellee
_____           _____

Counsel for Appellant:                    Counsel for Appellee:

*If additional room is needed, please attach a separate sheet.

Filing Fee paid?  ○ Yes  ○ No

IFP Motion Filed by Appellant?  ○ Yes  ○ No

Have Additional Appeals to the Same Order been Filed?  ○ Yes  ○ No
    If so, has District Court assigned a Civil Action Number?  ○ Yes  ○ No  Civil Action # _____

Additional Notes:
Additional pleading filed by Kristin l. Schendl, Pro Se.

__10/5/2006__                              By: __Judy Fisher__
Date                                            Deputy Clerk

FOR USE BY U.S. BANKRUPTCY COURT

Bankruptcy Court Appeal (BAP) Number: __06-54__
7/6/06

CA# 06-586