

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AAIPHARMA INC., *et al.*,<br><br>Debtor. | Chapter 11<br><br>Case Nos. 05-11341 through 05-11345<br>and 05-11347 through 05-11350 (PJW)<br><br>Jointly Administered |
| Kristin I. Schendl,<br><br>Plaintiff-Appellant,<br><br>v.<br><br>aaiPharma Inc.,<br><br>Defendant-Appellee | Civil Action No. 06-cv-00586 (***) |

## STIPULATION AND ORDER OF DISMISSAL OF APPEAL

IT IS HEREBY STIPULATED AND AGREED by and between the above-captioned debtors in the above-captioned cases and Kristin I. Schendl, having a legal address of P.O. Box 53277, Atlanta, GA 30355, that the appeal referenced in the above-captioned action is hereby dismissed pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, with prejudice and without costs as against the parties to this stipulation, and it is further

STIPULATED AND AGREED that, this stipulation may be executed in any number of counterparts, each of which shall be deemed an original instrument, but all of which together shall constitute one and the same instrument. A signature page delivered by facsimile or

electronic mail shall have the same effect as an original signature page.

Dated: February 2, 2007  
Wilmington, Delaware

Dated: January 27, 2007  SATURDAY  
Atlanta, Georgia  5:02 PM EST

FOR THE DEBTORS:

By: _____  
Mark D. Collins (No. 2981)  
Jason M. Madron (No. 4431)  
RICHARDS, LAYTON & FINGER, P.A.  
One Rodney Square  
920 North King Street  
Wilmington, DE 19801  
Telephone: (302) 651-7700

FOR SCHENDL:

By: _____  
Kristin I. Schendl  
P.O. Box 53277  
Atlanta, GA 30355  
Telephone: (404) 210-6935

APPELLEE, PRO SE

- and -

FRIED, FRANK, HARRIS, SHRIVER  
& JACOBSON LLP  
Bonnie Steingart  
Gary L. Kaplan  
One New York Plaza  
New York, NY 10004  
Telephone: (212) 859-8000

ATTORNEYS FOR THE DEBTORS,  
APPELLANT

SO ORDERED this 6th day of Feb., 2007

_____  
United States District Court Judge